CLARA WARREN ET AL. *v.* A. J. YATES.

[64 South. 1.]

1. CLERKS OF COURT. *Records. Rules of court. Fees.*
   Under Supreme Court Rule No. 2 where a clerk of the court below copies several documents into the record more than once he is not entitled to fees for copying such documents more than once.

2. SAME.
   In such case under the rules as now amended the clerk violating such rules is not entitled to any fees whatever for making the record.

APPEAL from the chancery court of Neshoba county.
HON. J. F. McCOOL, Chancellor.

Suit between Clara Warren and others against A. J. Yates. Motion to retax cost granted.

*Baskin & Wilbourn,* attorneys for Motion.

*Flowers, Alexander & Whitfield* and *J. T. Brown,* attorneys for *Contra.*

Argued orally by *R. E. Wilbourn,* for appellants and *J. T. Brown,* for appellee.

SMITH, C. J., delivered the opinion of the court.

The clerk of the court below has copied several documents into this record more than once, in violation of rule

2 (59 So. vii). He is not entitled to fees for copying these documents more than once, and the motion to retax the costs will therefore be sustained.

Under the recent revision of the rules of this court, where the clerk of the court below makes up a record in violation thereof, he is not entitled to collect any fees at all for making the record. In this case, however, the record was filed before the promulgation of those rules, and the clerk, therefore, will be entitled to fees for copying these documents once.                *Motion sustained.*